Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: __'08 MJ 8384__

The person charged as __Jaime Ortiz-Ruiz__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Central__ District of __California__ with __Deported Alien found in the United States__, in violation of __Title 8, United States Code, Section 1326__

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __5/6/08__

_____
Stephen J. Prendergast, Deportation Officer
(Name)

Reviewed and Approved:

Dated: __5/6/08__

_____
Assistant United States Attorney

FILED
MAY 06 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court

__CENTRAL__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
v.
JAIME ORTIZ-RUIZ

**WARRANT FOR ARREST**
ON COMPLAINT

CASE NUMBER:
08

To: The United States Marshal or any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JAIME ORTIZ-RUIZ__, and bring him forthwith to the nearest Judge/Magistrate to answer a complaint charging him with __Illegal Alien Found in the United States Following Deportation__, in violation of Title __8__ United States Code, Section __1326__.

To Be Set by Duty Judge

WITH DETENTION

REC: BY AUSA    DETENTION

Date: April 23, 2008

HON. SUZANNE H. SEGAL
Name of Judge/Magistrate Judge

SUZANNE H SEGAL
Signature of Judge/Magistrate Judge

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _Imperial, California_

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/6/08 | Stephen J. Prendergast | [signature] |
| DATE OF ARREST 5/6/08 | Deportation Officer | |

AO 91
Rev. 11/82

**ORIGINAL**

## CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JAIME ORTIZ-RUIZ | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**08 1000M** |

FILED
CLERK, U.S. DISTRICT COURT
APR 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Complaint for violation of Title 8, United States Code §§ 1326(a), (b)(2): Illegal Alien Found in the United States Following Deportation.

| NAME OF MAGISTRATE JUDGE<br>**HON. SUZANNE H. SEGAL** | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Los Angeles, CA |
|---|---|---|
| DATE OF OFFENSE<br>April 3, 2008 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about April 3, 2008, defendant JAIME ORTIZ-RUIZ, an alien who had been officially deported and removed from the United States on or about November 25, 1998, was found in Los Angeles County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or his designated successor, the Secretary for Homeland Security, to reapply for admission to the United States following defendant's deportation and removal.

Defendant's previously alleged deportation and removal from the United States occurred subsequent to defendant's conviction for the following aggravated felony: Assault with a Deadly Weapon on a Peace Officer, in violation of California Penal Code Section 245(c), on or about June 2, 1993, in the Superior Court of California, County of Los Angeles, Case Number BA062321, a crime of violence for which defendant was sentenced to one year imprisonment.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>RONALDO R. GONZALEZ<br><br>OFFICIAL TITLE<br>Special Agent - ICE |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE<br>April 23, 2008 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

SAUSA JENNIFER M. RESNIK   REC: WARRANT

## A F F I D A V I T

I, Ronaldo R. Gonzalez, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent ("SA") with the United States Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), formerly known as the Immigration and Naturalization Service ("INS") and United States Customs Service ("USCS"). I have been employed as a SA with ICE since November 2006. I am presently assigned to the Office of the Special Agent in Charge, Los Angeles, California ("SAC/LA").

2. This affidavit is made in support of a criminal complaint and arrest warrant for JAIME ORTIZ-RUIZ ("ORTIZ"), for violating Title 8, United States Code, Sections 1326(a) and (b)(2): Illegal Alien Found in the United States Following Deportation. The facts set forth in this affidavit are based upon my personal observations, training and experience, and information from other law enforcement officials and witnesses. The affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter.

3. In April 2008, ICE Agents assigned to the SAC/LA Gang Unit initiated an investigation into members of the "Florencia 13" criminal street gang. The SAC/LA Gang Unit conducted computer checks on various gang members of the "Florencia 13"

criminal street gang and determined that ORTIZ, a citizen of Mexico and previously deported criminal alien, had re-entered the United States. ORTIZ has an extensive criminal history, multiple prior deportations, and is a documented member of the "Florencia 13" criminal street gang. Based on this information, I undertook the present investigation of ORTIZ.

4. Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. Also, a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportations or other actions by DHS (or INS) with respect to the subject alien for whom the DHS A-File is maintained.

5. On April 3, 2008, I obtained and reviewed DHS A-File A39-806-104, which is maintained for the subject alien "Jaime Ortiz-Ruiz." The A-File contained the following documents and information:

a. Photographs of the subject alien to whom DHS A-File A39-806-104 corresponds. I compared the photographs in the A-File to recent booking photographs taken by the Los Angeles Sheriff's Department. These photographs depict the same person. I thus determined that DHS A-File A39-806-104 and its contents correspond to ORTIZ.

//

  b. One executed Notice to Alien Ordered Removed/Departure Verification (Form I-296) indicating that ORTIZ was officially removed and deported from the United States on November 25, 1998. I know from my training and experience that a document verifying removal is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and/or fingerprint. The executed Notice to Alien Ordered Removed/Departure Verification in ORTIZ'S A-File contains his photograph, signature, and fingerprint.

  c. A certified copy of a conviction record showing that on or about March 27, 2006, ORTIZ was convicted of Possession of Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378, in the Superior Court of California, County of Los Angeles, case number VA092479-01, for which ORTIZ was sentenced to 32 months imprisonment.

  d. A copy of a conviction record showing that on or about June 17, 1998, ORTIZ was convicted of Possession of Marijuana for Sale, in violation of California Health and Safety Code Section 11359, in the Superior Court of California, County of San Diego, Case Number SF126008, for which ORTIZ was sentenced to one year imprisonment.

  e. A certified copy of a conviction record showing that on or about June 2, 1993, ORTIZ was convicted of Assault

3

with a Deadly Weapon on a Peace Officer, in violation of California Penal Code Section 245(C), in the Superior Court of California, County of Los Angeles, case number BA062321, for which ORTIZ was sentenced to one year imprisonment.

  f. A copy of a conviction record showing that on or about May 27, 1992, ORTIZ was convicted of Burglary, in violation of California Penal Code Section 459, in the Municipal Court of California, County of Los Angeles, case number BA056203, for which ORTIZ was sentenced to five years formal probation.

  g. Various documents, in addition to the Notice to Alien Ordered Removed/Departure Verification (Form I-296), indicating that ORTIZ is a native and citizen of Mexico. These documents include:(i)an Immigration Visa and Alien Registration, dated May 6, 1986, stating that ORTIZ was born in Tijuana, Baja California, Mexico; (ii) a Summary Order of the Immigration Judge, dated November 25, 1998, ordering ORTIZ removed to Mexico.

  h. On April 9, 2008, I reviewed the printouts of ICE computer indices on ORTIZ. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported from the United States by ICE (or INS) or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that ORTIZ had been removed and deported on the date indicated on the Notice to Alien Ordered Removed/Departure Verification found in ORTIZ'S DHS A-File. The

ICE computer indices further indicated that ORTIZ had not applied for, or obtained permission from, the Attorney General or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since ORTIZ had last been deported.

6. On April 21, 2008 I reviewed the printouts of the Consolidated Criminal History Reporting System ("CCHRS") and the Criminal Identification Index ("CII"). Based on my training and experience, I know that the CCHRS and CII databases track and record arrests and convictions of individuals according to an individual's CII number. The CCHRS and CII printouts confirmed that ORTIZ had been convicted of the crimes reflected in the documents contained in ORTIZ's DHS A-File. The CCHRS and CII printouts also indicated that ORTIZ was additionally convicted of the following offenses: (i) on or about April 24, 2003, ORTIZ was convicted of Unlicensed Driver, in violation of California Vehicle Code Section 12500(a); (ii) on or about October 8, 1994, ORTIZ was convicted of Driving Under the Influence, in violation of California Vehicle Code Section 23152(b); (iii) on or about October 11, 1994, ORTIZ was convicted of Driving with a Suspended License, in violation of California Vehicle Code Section 14601.1(a); (iv) on or about June 7, 1993, ORTIZ was convicted of Driving Under the Influence, in violation of California Vehicle Code Section 23152(b).

7. Based on my review of ORTIZ'S DHS A-File, I determined that his A-File does not contain any record of him ever applying for, or receiving permission from, the Attorney General or his designated successor, the Secretary of Homeland Security, to legally re-enter the United States after he was removed from the United States on November 25, 1998. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in ORTIZ'S DHS A-File.

8. Based on the foregoing facts, there is probable cause to believe that JAIME ORTIZ-RUIZ has violated Title 8, United States Code, Sections 1326(a) and (b)(2): Illegal Alien Found in the United States Following Deportation.

*[signature]*
Ronaldo R. Gonzalez
ICE Special Agent

Subscribed and sworn to before me
on this 23 day of April, 2008.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

6